**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Desiray Marie Bratton and Ty Clavon Long, Defendants,

Of whom Ty Clavon Long is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-002000

———————————

Appeal From Horry County
A. E. Morehead, III, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-180
Submitted May 15, 2019 – Filed May 21, 2019

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr.,
PC, of Conway, for Respondent.

Ryan A. Stampfle, of Indigo Family Law, LLC, of Surfside Beach, for the Guardian ad Litem.

---

**PER CURIAM:**  Ty Clavon Long appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Long's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.